IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

JOHN DOE,

  Plaintiff,

v.

CITY OF PITTSBURGH,

  Defendant.

Civil Action

No. 10-214

JURY TRIAL DEMANDED

## ORDER OF COURT

AND NOW, this 19th day of March, 2010, upon consideration of Plaintiff's Ex Parte Motion to Proceed Using Pseudonym and for a Protective Order, it is hereby ORDERED as follows:

1. The Plaintiff shall be granted leave to proceed using a pseudonym in all pleadings and other documents except as provided herein.

2. The identity of Plaintiff shall be used by the party receiving the same solely for purposes of preparing for and conducting related pre-trial, post-trial, and appellate proceedings in this litigation only, and for no other purpose.

3. The term "identity" as used herein shall mean Plaintiff, his name, address, telephone number, date of birth, social security number, email address, and medical records, or any of the foregoing information about any members of Plaintiff's immediate family.

4. Plaintiff's identity may be disclosed, communicated, or made available in whole or in part only to the following persons and only to the extent necessary for the proper conduct of this action or as otherwise directed by the Court:

  a. outside and inside counsel who represent the parties in this action, and the regular and temporary employees of those counsel assisting in the conduct of

1

        this action, and outside photocopying and document service companies, for use in accordance with this Protective Order;

b.     consultants or experts assisting counsel for the parties in this action;

c.     actual or potential deponents or witnesses in this action, and their counsel, during the course of, or to the extent necessary in preparation for, deposition or trial testimony in this action, or to the extent necessary to determine whether they are proper deponents or witnesses in this action;

d.     any person carrying on an insurance business who may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment;

e.     parties or representatives of parties; and

f.     the Court in this action, pursuant to Paragraph 6 of this Protective Order, and court reporters employed in connection with this action.

5.     Counsel for any party filing with or submitting to the Court any materials disclosing Plaintiff's identity shall submit such documents with the Clerk under seal, and shall serve copies of said documents on all parties.

6.     In any court hearing, or other proceeding before this Court, open to the public, counsel shall not disclose Plaintiff's identity without prior written notice to all parties and an opportunity for them to seek relief from this Court.

7.     Plaintiff shall file under seal an unredacted version of the Complaint in this action, in the real name of the Plaintiff, in accordance with Fed. R. Civ. P. 10(a). Plaintiff shall also serve an undredacted version of the Complaint on Defendant.

BY THE COURT:

_____